Matter of Ford (2024 NY Slip Op 04895)

Matter of Ford

2024 NY Slip Op 04895

Decided on October 4, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 4, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, DELCONTE, AND HANNAH, JJ.

685 CA 23-01617

[*1]IN THE MATTER OF THE ESTATE OF CAROL E. FORD, DECEASED. CHRISTINE E. FORD, PETITIONER-RESPONDENT; JONATHAN D. FORD AND BARBARA L. ZAPALOWSKI, RESPONDENTS-APPELLANTS.

MUSCATO VONA LLP, LOCKPORT (GEORGE V.C. MUSCATO OF COUNSEL), FOR RESPONDENTS-APPELLANTS. 
BRENNA BOYCE, PLLC, HONEOYE FALLS (DAVID C. SIELING OF COUNSEL), FOR PETITIONER-RESPONDENT.

 Appeal from an order of the Surrogate's Court, Niagara County (Caroline Wojtaszek, S.), entered May 26, 2023. The order, inter alia, determined the distribution of the proceeds of a sale of real property. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate.
Entered: October 4, 2024
Ann Dillon Flynn
Clerk of the Court